AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christopher Manning | ) | Case No: 4:03CR40006-001 |
| | ) | USM No: 06442-010 |
| Date of Original Judgment: June 03, 2004 | ) | |
| Date of Previous Amended Judgment: October 07, 2010 | ) | Randal Lee |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  121  months **is reduced to**  100  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   June 03, 2004   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  1/25/12

Effective Date: _____
*(if different from order date)*

HARRY F. BARNES
*Printed name and title*

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 2 5 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK